460 A.2d 866

Commonwealth v. Santana, Appellant.
Petition for Allowance of Appeal
Denied Sept. 20, 1983.

Before CIRILLO, JOHNSON and MONTEMURO, JJ.

Judgment of sentence and order denying P.C.H.A. relief both affirmed.